M. P. No. 76-362. DENNIS M. LYNCH *v.* THEODORE S. KING *et al.* Petition for certiorari is granted and the writ shall issue forthwith without prejudice to the right of defendants to question the improvidence of the granting of the writ. The parties

are directed to discuss in their briefs and oral arguments the issue, among the other issues presented in the case, of whether the plaintiff has standing as a petitioner in this case. *Moses Kando,* City Solicitor, for petitioner. *Hogan & Hogan, Thomas S. Hogan,* for respondents.